H. Dean Steward  SBN 85317
17 Corporate Plaza Drive
Suite 254
Newport Beach, CA 92660
949-481-4900
deansteward7777@gmail.com

Attorney for Defendant
LOUISE MUREITHI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>LOUISE MUREITHI<br><br>    Defendant. | Case No. SA-CR-20-040-DOC<br><br>JOINDER IN WIRETAP MOTION;<br>DECLARATION OF COUNSEL WITH<br>ATTACHMENTS<br><br>DATE: 12-6-21<br>TIME: 1:30 PM |

Comes now defendant Louise Mureithi, together with counsel, and joins the
motion to suppress wiretap material filed by defendant John Korzelius on Oct. 1, 2021.

Dated: 10-5-2021          /s./ H. Dean Steward

                              H. Dean Steward
                              Counsel for Defendant
                              Louise Mureithi

- 1 -

## I. Introduction

Defendant Louise [also known as Loise] Mureithi was indicted along with 8 others in what could be commonly referred to as a "pill mill" case. The defendants are charged with conspiring to sell prescription drugs on the black market. Defendants include physicians, medical personnel, runners and others.

Ms. Murethie is the 70-year-old mother of lead defendant Harrison M. Mureithi. References to her in the indictment are few and far between.

However, in the hundreds of thousands of pages of discovery, counsel has identified 13 transcripts of phone calls so far[1] that the government believes contain Ms. Mureithi's voice. These calls are largely in Swahili with government created English transcripts.

On October 1, 2021, co-defendant John Korzelius filed a well-taken motion to suppress wiretap evidence on multiple grounds.

## II. Joinder in Wiretap Motion of Co-Defendant Korzelius; Standing

Ms. Mureithi now joins in that motion, as she is an aggrieved person under Ninth Circuit precedent.

"Under federal law, any 'aggrieved person' has standing to bring a motion to suppress the contents of intercepted wire or oral communications or evidence derived therefrom. § 2518(10)(a). An 'aggrieved person' means a person 'who

---

[1] Counsel continues to wade through the discovery. More is apparently on the way, per the U.S. Attorney's Office on 10-4-21.

was a party to any intercepted wire, oral, or electronic communication or a person against whom the interception was directed.' § 2510(11)"

*U.S. v. Oliva* 705 F.3d 390, 392 (9th Cir. 2012)

As the attached declaration of counsel sets out, Ms. Mureithi (at least as far as the government is concerned) is an "aggrieved person". Four face pages, redacted, from the discovery transcripts of calls accompany counsel's declaration. The government claims her voice is on at least 13 recorded conversations released to the defense as discovery.

**III. Conclusion**

For the reasons above and the law cited, Ms. Mureithi has standing and joins the suppression motion of co-defendant Korzelius.

Dated: 10-5-2021          /s./ H. Dean Steward

                                        H. Dean Steward
                                        Counsel for Defendant
                                        Louise Mureithi

Declaration of Counsel

I, H. Dean Steward, declare:

1. I am appointed counsel for defendant Louise Mureithi. I make this declaration in support for her joinder in the suppression motion filed by co-defendant Korzelius.

2. I have reviewed much of the discovery released to date. I have identified 13 transcripts of recorded conversations where the government identifies my client as one of the speakers (see attached, redacted face pages from discovery).


I declare under penalty of perjury that the foregoing is true and correct.


Dated: 10-5-2021            /s./ H. Dean Steward

PARTICIPANTS:      – REDACTED   REDACTED   –

                              Loise W. Mureithi                      ,HARRISON]
                                                                     [MUREITHI]


TRANSCRIBED BY:    – REDACTED   REDACTED   –

REVIEWED BY:

**Legend for this call:**

| | | |
|---|---|---|
| [  ] | = | Brackets are used to separate the transcriber / translator's remarks from the original words spoken. |
| [PH] | = | Phonetic rendition |
| [U/I] | = | Unintelligible |
| [I/I] | = | Unintelligible in Spanish |
| [I/A] | = | Inaudible |

ATTACHMENTS TO JOINDER IN
WIRETAP SUPPRESSION MOTION

- 9 A -

CASE FILE:

PARTICIPANTS:           REDACTED        a.k.a. Paul, P,        [HARRISON]

Loise W.  Mureithi        [MUREITHI]

[U/I]   = Unintelligible
[I/I]   = Unintelligible in Spanish
[I/A]   = Inaudible
Words spoken or pronounced in another language have been italicized.

age 1

- 4 B-

1/00 W Lincoln Ave Apt 2.....

PARTICIPANTS:          — REDACTED rison

Loise W. Mureithi

**Legend for this call:**

[    ]    = Brackets are used to separate the transcriber / translator's remarks from the original words spoken.

[PH]    = Phonetic rendition

[U/I]    = Unintelligible

[I/I]    = Unintelligible in Spanish

[I/A]    = Inaudible

Words spoken or pronounced in another language have been italicized.

- 4 c -

PARTICIPANTS:

Loise W. Mureithi                                    RRISON]
                                                     [MUREITHI]

TRANSCRIBED BY:

REVIEWED BY:

**Legend for this call:**
[  ]   =  Brackets are used to separate the transcriber / translator's remarks from the original
          words spoken.
[PH]   =  Phonetic rendition
[U/I]  =  Unintelligible
[I/I]  =  Unintelligible in Spanish
[I/A]  =  Inaudible
Words spoken or pronounced in another language have been italicized.

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age.

My business address is 17 Corporate Plaza Dr., Ste. 254, Newport Beach, CA 92660.

   I am not a party to the above-entitled action. On 10-6-21, I have caused service

of the defendant's:

**JOINDER IN WIRETAP SUPPRESSION MOTION**

on the following parties electronically by filing the foregoing with the Clerk of the

District Court using its ECF system, which electronically notifies counsel for that

party.

AUSA ANDREW BASHEI

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10-6-21  <u>s./ H. Dean Steward</u>

       H. Dean Steward