```
                                                                      FILED
              UNITED STATES COURT OF APPEALS
                                                                    JAN 20 2023
                    FOR THE NINTH CIRCUIT
                                                                 MOLLY C. DWYER, CLERK
                                                                  U.S. COURT OF APPEALS
```

| UNITED STATES OF AMERICA, | No. 22-50105 |
|---|---|
| Plaintiff-Appellant, | D.C. Nos. 8:20-cr-00040-DOC-1 |
| v. | 8:20-cr-00040-DOC-2 |
|  | 8:20-cr-00040-DOC-3 |
|  | 8:20-cr-00040-DOC-4 |
| LOUISE W. MUREITHI; et al., | 8:20-cr-00040-DOC-5 |
|  | 8:20-cr-00040-DOC-6 |
| Defendants-Appellees. | 8:20-cr-00040-DOC-7 |
|  | 8:20-cr-00040-DOC-8 |
|  | 8:20-cr-00040-DOC-9 |
|  | 8:20-cr-00040-DOC |
|  | Central District of California, Santa Ana |
|  | ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 18) to dismiss from this appeal appellee Pierre Delva, Jr., is granted. The Clerk will terminate appellee Delva on the docket.

Appellant's unopposed motion (Docket Entry No. 17) to file under seal Volumes 4 - 7 of the excerpts of record is granted. *See* 9th Cir. R. 27-13.

The Clerk will publicly file appellant's motion to seal (Docket Entry No. 17-1), the opening brief (Docket Entry No. 15), and Volumes 1 - 3 of the excerpts of record (Docket Entry No. 16). The Clerk will file under seal Volumes 4 - 7 of the

excerpts of record (Docket Entry Nos. 17-2, 17-3, 17-4 & 17-5).

The existing briefing schedule remains in effect: appellees' answering briefs are due February 16, 2023, and the optional reply brief is due within 21 days after the last-served answering brief.