Rosalind Wang (State Bar No. 218626)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
Phone: 714-338-3547

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>HARRISON MUREITHI, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 20-040-DOC |
|---|---|
| | **NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged: (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT;
DECLARATION OF ROSALIND WANG,
[PROPOSED] ORDER SEALING DOCUMENT, AND
UNDER SEAL DOCUMENT

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated: _____

☐ Administrative Record

☐ Other:

January 25, 2023
Date

/s/ Rosalind Wang
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*