Rosalind Wang (State Bar No. 218626)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
Phone: 714-338-3547

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>HARRISON MUREITHI, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CR 20-00040-DOC<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT;
DECLARATION OF ROSALIND WANG,
[PROPOSED] ORDER SEALING DOCUMENT, AND
UNDER SEAL DOCUMENT

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[ ] Other:

March 10, 2023               /s/ Rosalind Wang
Date                         Attorney Name
                             United States of America
                             Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                 **NOTICE OF MANUAL FILING OR LODGING**