Rosalind Wang (State Bar No. 218626)
Assistant United States Attorney
411 West Fourth Street, Suite 8000
Santa Ana, CA 92701
Phone: 714-338-3547

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S) <br><br> v. <br><br> HARRISON MUREITHI, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SA CR 20-00040-DOC <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT;
DECLARATION OF ROSALIND WANG,
[PROPOSED] ORDER SEALING DOCUMENT, AND
UNDER SEAL DOCUMENT

**Reason:**

- [✓] Under Seal
- [ ] In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated: _____
- [ ] Administrative Record
- [ ] Other:

| | |
|---|---|
| May 25, 2023 | /s/ Rosalind Wang |
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                    **NOTICE OF MANUAL FILING OR LODGING**