Rosalind Wang (Cal. Bar No. 218626)     (714) 338-3547
Assistant United States Attorney
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701-4599
Email: rosalind.wang@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SA CR 20-40-DOC |
| v. | |
| HARRISON MUREITHI, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged: **(List Documents)**

Government's Ex Parte Application for Order Sealing Documents; Declaration of Rosalind Wang, [Proposed] Order Sealing Documents
Documents Under Seal

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

July 25, 2023                                /s/ Rosalind Wang
Date                                          Attorney Name
                                              United States of America
                                              Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*