UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   8:20-cr-00040-DOC                                               Date: June 3, 2024

Present: The Honorable:   David O. Carter

Interpreter   N/A

| Karlen Dubon | Debbie Hino-Spaan | Caitlin Campbell / Rosalind Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 4) LOUISE W. MUREITHI | X | | X | H. Dean Steward, CJA | X | X | |
| 6) JUSTIN DOUGLAS COZART | X | | X | Correen Ferrentino, ret. | X | | X |
| 8) JOHN MICHAEL KORZELIUS | X | | X | Robert Schwarz, CJA | X | X | |

**PROCEEDINGS:**   **STATUS CONFERENCE RE REPRESENTATION**

**MOTION FOR HEARING AS TO EVIDENTIARY HEARING TO DETERMINE VERACITY OF WIRETAP AFFIDAVITS [603]**

The case is called. The Court and counsel confer.

The Court hears oral arguments. Motion as to Evidentiary Hearing to Determine Veracity of Wiretap Affidavits [603] is taken under submission.

Attorney Correen Ferrentino to remain as counsel of record for Defendant Justin Cozart.

1:14 / 0:10

**Initials of Deputy Clerk**   kdu