UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.  8:20-cr-00040-DOC                              Date: August 5, 2024

Present: The Honorable: David O. Carter

Interpreter  N/A

| Karlen Dubon | Debbie Hino-Spaan | Caitlin Campbell / Rosalind Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 4) LOUISE W. MUREITHI | X | | X | H. Dean Steward, CJA | X | X | |
| 6) JUSTIN DOUGLAS COZART | X | | X | Renee Garcia, CJA | X | X | |
| 8) JOHN MICHAEL KORZELIUS | X | | X | Robert Schwarz, CJA | X | X | |

**PROCEEDINGS:  STATUS CONFERENCE RE TRIAL DATES**

The case is called. The Court and counsel confer.

Jury trial is set for February 25, 2025 at 8:30 AM.

All remaining dispositive motions shall be heard on January 27, 2025 at 1:30 PM.

The Court takes an oral time waiver from all defendants, a written stipulation to be filed by the parties.

MOTION in Limine to Exclude the Expert Testimony of Special Agent Keith Bridgford and Request for a Daubert Hearing [395] and MOTION in Limine to Exclude the Expert Testimony of Dr. Timothy Munzing and Request for a Daubert Hearing [396] are continued to January 27, 2025 at 1:30 PM.

For reasons as stated on the record, Motion to Dismiss Case Indictment [398] and Motion to Dismiss by Rule 16 Brady and Giglo [402] are found moot by the Court and terminated.

                                                                                            0:16
                                                        **Initials of Deputy Clerk**   kdu